UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  8:18-00643 SVW (ADS)                                       Date:  May 7, 2020

Title:  Nancy Carolyn Wood v. City of Santa Ana, et al.

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On October 30, 2019, pro se Plaintiff Nancy Carolyn Wood ("Plaintiff") filed a Third Amended Complaint ("TAC").  [Dkt. No. 25].  On November 5, 2019, the Court ordered Plaintiff to serve all defendants by no later than February 3, 2020.  [Dkt. No. 26].  Plaintiff was granted an extension of time to serve the Third Amended Complaint on all defendants by United States Marshal Service.  [Dkt. No. 35].  Plaintiff was provided with instructions and advised that service must be complete by May 4, 2020.  [Dkt. No. 35].

As of this date, Plaintiff has not served the defendants.  Plaintiff has not sent the Clerk of the Court any of the required forms, including complete USM-285 forms, summonses, copies of the Third Amended Complaint, or the Notice of Submission.  As a result of Plaintiff's nonaction, none of the defendants have been served in compliance with the Federal Rules of Civil Procedure.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and comply with court orders.  **By no later than May 21, 2020,** Plaintiff must take one of the following actions: (1) as detailed in the Court's April 2, 2020 Order, send all of the required service forms, and file a written request based on good cause for additional time to serve defendants pursuant to Federal

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:18-00643 SVW (ADS)                                    Date:  May 7, 2020

Title:  Nancy Carolyn Wood v. City of Santa Ana, et al.

Rule of Civil Procedure 4(m); or (2) file a written response requesting dismissal of this case.

**Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause will result in a recommendation to the District Judge that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh