UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:18-00643 SVW (ADS)    Date:  October 8, 2020

Title:  _Nancy Carolyn Wood v. City of Santa Ana, et al._

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On November 5, 2019, Plaintiff was ordered to serve all defendants with the summons and Third Amended Complaint, and to file proofs of service by no later than February 3, 2020. [Dkt. No. 26]. After failing to serve any of the listed defendants, Plaintiff requested and received service by the United States Marshal Service. [Dkt. No. 35]. The Order Granting Service by United States Marshal Service required that all defendants be served by May 4, 2020. [Id.]. A review of the docket in this case reflects that the Court has not received responsive pleadings from defendants Vinh Bui, Mom Supermarket, the Orange County District Attorney, Westland Real Estate Group, Manny Bucket, and German Lopez. It also reflects that Plaintiff has taken no further action to continue to prosecute this case against these defendants.

Pursuant to Federal Rule of Civil Procedure 41(b), it is the responsibility of the plaintiff to prosecute the case against all defendants. This includes ensuring defendants are properly served with the summons and complaint and filing a request for entry of default and default judgment if defendants fail to file a responsive pleading.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why defendants Vinh Bui, Mom Supermarket, the Orange County District Attorney, Westland Real Estate Group, Manny Bucket, and German Lopez should not be dismissed from this action due to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:18-00643 SVW (ADS)                                    Date: October 8, 2020

Title:  Nancy Carolyn Wood v. City of Santa Ana, et al.

Plaintiff's failure to prosecute this case against them.  **Plaintiff must file a written response by no later than October 22, 2020**.

    **Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause will result in a recommendation to the District Judge that the above listed defendants be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

    **IT IS SO ORDERED.**

Initials of Clerk kh