UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY CAROLYN WOOD,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CITY OF SANTA ANA, et al.,<br><br>　　　　　Defendants. | Case No. 8:18-00643 SVW (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation dated May 11, 2021, [Dkt. No. 155], Plaintiff's Response to Ruling and Recommendation, [Dkt. Nos. 160, 161], and related documents.

　　　　Nothing in the Plaintiff's Response refutes the Magistrate Judge's finding that the Third Amended Complaint fails to state any claim against defendant Todd Spitzer in his official capacity as the Orange County District Attorney ("OCDA"), and joined by Todd Spitzer in his individual capacity, as well as defendants Bradley Walker, Miles Robinson,

Patrick Spires, and Stephanie Henderson (collectively, the "OCDA Defendants"). <u>See</u> [Dkt. No. 155]. Plaintiff merely provides further conclusory allegations, conjecture, and personal musings. <u>See generally</u> [Dkt. Nos. 160, 161].

After a thorough analysis and consideration of the Third Amended Complaint [Dkt. No. 25], the OCDA Defendants' Motion to Dismiss, [Dkt. No. 123], the Report and Recommendation, [Dkt. No. 155], and having performed a <u>de novo</u> review of those portions to which objections were made, the Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 155], is accepted;
2. OCDA Defendants' Motion to Dismiss [Dkt. No. 123] is granted; and
3. All claims against Todd Spitzer, Bradley Walker, Miles Robinson, Patrick Spires, and Stephanie Henderson, in both their individual and official capacities, are dismissed with prejudice; and
4. Judgment shall be entered accordingly.

DATED: August 17, 2021

THE HONORABLE STEPHEN V. WILSON
United States District Judge