UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY CAROLYN WOOD,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF SANTA ANA, et al.,<br><br>            Defendants. | Case No. 8:18-00643 SVW (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation ("R&R") dated June 4, 2021, [Dkt. No. 163], Plaintiff's Response to Ruling and Recommendation, [Dkt. No. 166], and related documents.

Nothing in the Objections refutes the Magistrate Judge's finding that the Third Amended Complaint fails to state any claim against the City of Santa Ana, Officers Buchanan, Prieto, Guzman, Poling, Bell, Lopez, and Corporal Garcia, and joined by Chief Valentin, Bryan Atkinson, Antonio Carrillo, Anthony Cardenal, and Nelson

Menendez (collectively, the "Santa Ana Defendants"). See [Dkt. No. 166]. Plaintiff merely provides further conclusory allegations, conjecture, and personal musings. See generally [Id.].

After a thorough analysis and consideration of the Third Amended Complaint, [Dkt. No. 25], the Santa Ana Defendants' Motion to Dismiss, [Dkt. No. 93], and the Report and Recommendation, [Dkt. No. 163], and having performed a de novo review of those portions to which objections were made, the Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 163], is accepted;

2. Santa Ana Defendants' Motion to Dismiss [Dkt. No. 93] is granted;

3. All claims against City of Santa Ana, Officers Buchanan, Prieto, Guzman, Poling, Bell, Lopez, Corporal Garcia, Chief David Valentin, Bryan Atkinson, Antonio Carrillo, Anthony Cardenal, and Nelson Menendez, in both their individual and official capacities, are dismissed with prejudice; and

4. Judgment shall be entered accordingly.

DATED: August 17, 2021

_____
THE HONORABLE STEPHEN V. WILSON
United States District Judge