JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY CAROLYN WOOD, | Case No. 8:18-00643 SVW (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF SANTA ANA, et al., | |
| Defendants. | |

Pursuant to the Court's two Orders Accepting the Report and Recommendation of United States Magistrate Judge and the Court's Order Dismissing Defendants for Plaintiff's Failure to Prosecute and Comply with Court Orders IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety.

All claims against Todd Spitzer, Bradley Walker, Miles Robinson, Patrick Spires, and Stephanie Henderson, City of Santa Ana, Officers Buchanan, Prieto, Guzman, Poling, Bell, Lopez, Corporal Garcia, Chief David Valentin, Bryan Atkinson, Antonio Carrillo, Anthony Cardenal, and Nelson Menendez, in both their individual and official

capacities, are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

All claims against Officer Gutierrez, Officer Michaels, Officer Buobo, Landhousing Security, Hector Jimenez, German Lopez, Damian Marin Corona, Patrol Ronald, Vianey Gonzalez, Vinh Bui, Mom Supermarket, Westland Real Estate Group, and Manny Bucket are dismissed for failure to prosecute and failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).

DATED: August 17, 2021

THE HONORABLE STEPHEN V. WILSON
United States District Judge