UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY CAROLYN WOOD,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF SANTA ANA, et al.,<br><br>             Defendants. | Case No. 8:18-00643 SVW (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge, (Dkt. No. 179), Plaintiff Nancy C. Wood's objections to the Report and Recommendation, (Dkt. No. 180), and the record in this case. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made. Plaintiff raises only two relevant arguments in her 35-page long objections. First, she argues the Court cannot revoke her *in forma pauperis* status on appeal because revocations are only proper for prisoners, which she is not. A court has the authority, however, to revoke a non-prisoner's *in*

*forma pauperis* status on appeal under 28 U.S.C. § 1915(a)(3). *See Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (applying 28 U.S.C. § 1915 to a non-prisoner civil case); *see also McClellon v. Wells Fargo Advisors Fin. Network, LLC*, No. 2:18-cv-00852-JCC, 2019 WL 3815133, at *1 (W.D. Wash. Apr. 5, 2019) ("While [28 U.S.C. § 1915(a)(3)] refers to prisoner appeals, it applies equally to all civil litigants."). Plaintiff's first objection is overruled.

Second, Plaintiff contends the appeal is not frivolous and is taken in good faith because the Third Amended Complaint alleges sufficient facts to state her claims against the defendants. The Court disagrees. Plaintiff's Third Amended Complaint was properly dismissed because it failed to state a claim for relief and because of Plaintiff's failure to prosecute the case and comply with court orders. (See Dkt. Nos. 155, 163, 168, 176.) Plaintiff's second objection is overruled.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 179);
2. Plaintiff's *in forma pauperis* status is hereby revoked.

DATED: March 16, 2022

THE HONORABLE STEPHEN V. WILSON
United States District Judge